1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  CRAIG YATES
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 CRAIG YATES, an individual; and        )   **CASE NO. C04-5211 PJH**
   DISABILITY RIGHTS ENFORCEMENT,         )
14 EDUCATION, SERVICES:HELPING YOU        )
   HELP OTHERS, a California public benefit )
15 corporation,                           )   **STIPULATION OF DISMISSAL AND**
                                          )   **[PROPOSED] ORDER THEREON**
16         Plaintiffs,                    )
                                          )
17 v.                                     )
                                          )
18 HELLER'S FOR CHILDREN INC., a          )
   California corporation,                )
19                                        )
           Defendants.                    )
20 _____)

21
        The parties, by and through their respective counsel, stipulate to dismissal of this action
22
   in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the
23
   Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs
24
   and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction
25
   over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375
26
   (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement
27
   agreements).
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                              1

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: September 14, 2005           THOMAS E. FRANKOVICH,
                                    *A PROFESSIONAL LAW CORPORATION*


                                    By:       /s/
                                         Jennifer L. Steneberg
                                    Attorneys for Plaintiffs MARSHALL LOSKOT
                                    and DISABILITY RIGHTS ENFORCEMENT,
                                    EDUCATION SERVICES: HELPING YOU
                                    HELP OTHERS


DATED: September 14, 2005           LAW OFFICES OF KELLY LYNCH


                                    By:       /s/
                                         Kelly Lynch
                                    Attorneys for Defendants HELLER'S FOR
                                    CHILDREN INC., a California corporation

## **ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: September 14, 2005

_____
Hon. Phyllis Hamilton
UNITED STATE DISTRICT JUDGE